DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL GIMBEL, PHYLLIS ARKY,** and **HARRISON GIMBEL,**
Appellants,

v.

**EUGENE ARKY** and **BABETTE ARKY,**
Appellees.

No. 4D2022-2816

[June 6, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2020-CP-001374-XXXX-SB.

Sommer C. Horton of Horton Law Group, P.A., Boca Raton, for appellants.

James G. Pressly, Jr., of Pressly, Pressly, Randolph & Pressly, P.A., Palm Beach, for appellee Eugene Arky.

Brett C. Barner, Robb W. Armstrong, and Hunter R. Scharf of Barner & Barner, P.A., Palm Beach Gardens, for appellee Babette Arky.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***